**Criminal Case Cover Sheet**                                              **U.S. District Court - District of Massachusetts**

**Place of Offense:** Dorchester, MA     **Category No.** III     **Investigating Agency** ICE

**City** Dorchester
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number 26-mj-6182-MPK
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____    ☐ Yes  ☑ No

Defendant Name: Wilson Radhames Peguero Brea       Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No
Alias Name: Jose Enrique RIVERA SANTIAGO; Jose PEREZ ANTONIO
Address: 36 Maple St #1, Dorchester, MA
Birth date (Yr only): 1969   SSN (last 4#): 7801   Sex: M   Race: _____   Nationality: Dominican Republic

**Defense Counsel if known:** _____    **Address:** _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Julissa Walsh     Bar Number if applicable: _____

**Interpreter:** ☑ Yes  ☐ No     List language and/or dialect: Spanish

**Victims:** ☐ Yes  ☑ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☑ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** ICE Custody
**Arrest Date:** February 5, 2026

☑ Already in Federal Custody as of  February 5, 2026  in  ICE Custody .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony One

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/20/2026       Signature of AUSA: /s/ Julissa Walsh

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Wilson Radhames Peguero Brea

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 8 U.S.C. § 1326(b)(1) | Unlawful reentry of a deported alien with a prior felony conviction | One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013